IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

    Plaintiff,                        No. CIV S-09-2602 LKK GGH P

    vs.

MENDOZA, et al.,

    Defendants.                  <u>ORDER</u>

/

        On April 19, 2010, the Magistrate Judge issued an order denying plaintiff's motion to appoint counsel. On May 18, 2010, plaintiff filed a request for reconsideration of that order with a supplement filed on May 25, 2010. Local Rule 303(b), states "rulings by Magistrate Judges . . .shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties. . ." Plaintiff's request for reconsideration of the magistrate judge's order of April 19, 2010 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 18, 2010 (docket # 14) request for reconsideration, supplemented by a filing on May 25, 2010 (docket # 15), is denied.

DATED: June 24, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT