1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT P. BENYAMINI,

11          Plaintiff,                     No. CIV S-09-2602 LKK GGH P

12      vs.

13   MENDOZA, et al.,                      ORDER

14          Defendants.

15   _____/

16          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief

17   pursuant to 42 U.S.C. § 1983.  By Order, filed on May 9, 2012 (docket # 109), the March 16,

18   2012 Findings and Recommendations (docket # 101) of the undersigned were adopted and

19   plaintiff's March 13, 2012 (docket # 100) "motion for emergency stay and preliminary

20   injunction" was denied.  Currently pending before the district judge is this court's Findings and

21   Recommendations, filed on April 19, 2012 (docket # 106), recommending that the motion to

22   revoke plaintiff's in forma pauperis status, filed on September 13, 2011 (docket # 63), brought by

23   defendants Leese, Mendoza, Fumasi, Ramirez and Baumgarner be granted.  Plaintiff's motion for

24   reconsideration, filed on April 16, 2012 (docket # 105), evidently mis-directed toward the Clerk

25   of the Court with regard to the clerk's denial of plaintiff's request for an entry of default as to

26   defendant Hurtado, and a renewed motion for an "emergency stay" of this case, filed on May 14,

1

1   2012 (docket # 111), will be vacated subjected to being properly re-noticed once the motion to

2   revoke plaintiff's in forma pauperis status has been resolved.

3           Accordingly, IT IS ORDERED that plaintiff's motions at docket # 105 and docket

4   # 111 are hereby VACATED, subject to being properly re-noticed upon determination as to

5   whether or not plaintiff's in forma pauperis status is revoked.

6   DATED: May 31, 2012

7                           /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

8   GGH:009
    beny2602.mtns2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26