IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,               No. CIV S-09-2602 LKK GGH P

    vs.

MENDOZA, et al.,               ORDER

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed on May 9, 2012 (docket # 109), the March 16, 2012 Findings and Recommendations (docket # 101) of the undersigned were adopted and plaintiff's March 13, 2012 (docket # 100) "motion for emergency stay and preliminary injunction" was denied. Currently pending before the district judge is this court's Findings and Recommendations, filed on April 19, 2012 (docket # 106), recommending that the motion to revoke plaintiff's in forma pauperis status, filed on September 13, 2011 (docket # 63), brought by defendants Leese, Mendoza, Fumasi, Ramirez and Baumgarner be granted. Plaintiff's motion for reconsideration, filed on April 16, 2012 (docket # 105), evidently mis-directed toward the Clerk of the Court with regard to the clerk's denial of plaintiff's request for an entry of default as to defendant Hurtado, and a renewed motion for an "emergency stay" of this case, filed on May 14,

2012 (docket # 111), will be vacated subjected to being properly re-noticed once the motion to revoke plaintiff's in forma pauperis status has been resolved.

Accordingly, IT IS ORDERED that plaintiff's motions at docket # 105 and docket # 111 are hereby VACATED, subject to being properly re-noticed upon determination as to whether or not plaintiff's in forma pauperis status is revoked.

DATED: May 31, 2012

                                /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

GGH:009
beny2602.mtns2