1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT P. BENYAMINI,

11          Plaintiff,                              No. CIV S-09-2602 LKK GGH P

12          vs.

13   MENDOZA, et al.,

14          Defendants.                    ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On April 19, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff

22   was granted an extension of time (see docket # 108) to file objections to the findings and

23   recommendations and has done so.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and

1   by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.  The findings and recommendations filed April 19, 2012, are adopted in full;

4          2.   The motion to revoke plaintiff's in forma pauperis status, filed on September

5   13, 2011 (docket # 63), brought by defendants Leese, Mendoza, Fumasi, Ramirez and

6   Baumgarner is granted.

7          3.  Plaintiff is granted twenty-eight days from the filing date of this order to pay

8   the filing fee in full.  Plaintiff is advised that failing to pay the fee within the time allotted will

9   result in dismissal of this case.

10  DATED:   August 10, 2012.

11

12

13  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
14  UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26