IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

       Plaintiff,                    No. CIV S-09-2602 LKK GGH P

    vs.

MENDOZA, et al.,

       Defendants.          ORDER

                          /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On April 19, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff was granted an extension of time (see docket # 108) to file objections to the findings and recommendations and has done so.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. The findings and recommendations filed April 19, 2012, are adopted in full;

4          2. The motion to revoke plaintiff's in forma pauperis status, filed on September

5  13, 2011 (docket # 63), brought by defendants Leese, Mendoza, Fumasi, Ramirez and

6  Baumgarner is granted.

7          3. Plaintiff is granted twenty-eight days from the filing date of this order to pay

8  the filing fee in full. Plaintiff is advised that failing to pay the fee within the time allotted will

9  result in dismissal of this case.

10 DATED: August 10, 2012.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2