IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

       Plaintiff,                    No. CIV S-09-2602 LKK GGH P

     vs.

MENDOZA, et al.,

       Defendants.          ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By order filed on August 13, 2012, defendants' motion to revoke plaintiff's in forma pauperis status, filed on September 13, 2011, was granted and plaintiff was granted twenty-eight days to pay the filing fee in full.  In the August 13th order, plaintiff was informed that should he fail to pay the fee within that period of time, the case would be dismissed.  Plaintiff has failed to pay the filing fee in full and the time for doing so has expired.[1]

\\\\\

\\\\\\

---

[1] Plaintiff's pending repetitive and/or otherwise defective motions/requests, at docket # 112, # 118 and # 120, are vacated as moot.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  In light of plaintiff's failure to provide the filing fee in full in accordance with this court's order, filed on August 13, 2012 (docket # 119), this case is dismissed.

3       2.  Plaintiff's repetitive and/or otherwise defective motions/requests, filed on May 30, 2012 (docket # 112); July 2, 2012 (docket # 118); August 31, 2012 (docket # 120), are vacated as moot.

DATED: November 26, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2